06-21772.ob

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:06-21772-CIV-COOKE-BROWN

GUILLERMO CUETO,

    Plaintiffs,

vs.

LOGISTICS SOLUTIONS GROUP INC,
a Virginia corporation,

    Defendant.

_____/

### ORDER DENYING MOTION TO STRIKE
### UNTIMELY DISCOVERY

**THIS MATTER** is before this Court on defendant's Motion to Strike Untimely Discovery, filed July 9, 2007. The Court has considered the motion, the response, the reply, and all pertinent materials in the file.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED**. There are several reasons for this ruling including the fact that the parties have consented to the undersigned to handle this case which will involve a new trial date and possible revisiting of other deadlines.

Notwithstanding the fact that discovery is closed and will not be reopened absent agreement of the parties, as a result of this ruling the Court will consider allowing defendant additional discovery regarding this document if requested.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of August, 2007.

                                    STEPHEN T. BROWN
                                    UNITED STATES MAGISTRATE JUDGE

Copies provided to:
Honorable Marcia G. Cooke
Counsel of record